[No. 29966-2-I.   Division One.   December 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE ELLIOTT JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02893-8, Mary Wicks Brucker, J., entered

November 21, 1991. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Grosse, JJ.